# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Cadden,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Diversified Collection Services Incorporated,<br><br>　　　　　　Defendant. | No. CV12-0227 PHX DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Pursuant to stipulation of the parties (Doc. 15),

　　　**IT IS ORDERED** that all claims of Plaintiff Rebecca Cadden against Defendant Diversified Collection Services, Inc. are dismissed with prejudice. Plaintiff Rebecca Cadden and Defendant Diversified Collection Services, Inc. shall each bear their own costs and attorneys' fees.

　　　Dated this 10th day of December, 2012.

_David G. Campbell_
David G. Campbell
United States District Judge